IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:25-cv-865

| | | |
|---|---|---|
| EMMA FENDEL,<br><br>Plaintiff,<br>v.<br><br>SHREEJI HOTEL GROUP, LLC,<br>HOTEL EQUITIES, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Emma Fendel, and Defendant, by and through their respective undersigned counsel, stipulate that this action shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

This the 27th day of October, 2026.

BY: /s/ M. Robin Davis
M. Robin Davis
NC Bar # 21655
3737 Glenwood Ave, Suite 450
Raleigh, NC 27612
Robin.davis@jacksonlewis.com
T: 919.760.6460
Maggie Zwicharowski
201 S. Tryon Street, Suite 1200
Charlotte, NC 28202
Maggie.zwicharowski@jacksonlewis.com
**Counsel for Defendant**

BY: /s/ Joseph D. Budd
Joseph D. Budd
N.C. Bar No. 44263
Counsel Carolina
1100 Wake Forest Road, Suite 205
Raleigh, North Carolina 27604
joe@counselcarolina.com
T: 919.373.6422
F: 919.578.3733
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that the foregoing **JOINT STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the Court's CM/ECF electronic service system which affords service on the following counsel of record:

M. Robin Davis
3737 Glenwood Ave, Suite 450
Raleigh, NC 27612
Robin.davis@jacksonlewis.com

Maggie Zwicharowski
201 S. Tryon Street, Suite 1200
Charlotte, NC 28202
Maggie.zwicharowski@jacksonlewis.com

This the 27th day of October, 2026.

BY: /s/ JOSEPH D. BUDD
Joseph D. Budd
Counsel for Plaintiff